*Sens-0*

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: *CR 12-881-SJO* |
| Plaintiff, | ) | *CR12-882-SJO* |
| | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| *Alejandro Barron-Reyes* | ) | PROCEEDINGS |
| | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| Defendant. | ) | U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___*Central*___ District of

___*California*___ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

(X)   the defendant's nonobjection to detention at this time

( )   other: _____

1

1           and/ or

2    B. (X)      The defendant has not met his/her burden of establishing by clear and

3                convincing evidence that he/she is not likely to pose a danger to the

4                safety of any other person or the community if released under 18 U.S.C.

5                § 3142(b) or (c). This finding is based on the following:

6                  (X)      information in the Pretrial Services Report and Recommendation

7                  (X)      information in the violation petition and report(s)

8                  (X)      the defendant's nonobjection to detention at this time

9                  ( )      other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: *October 19, 2012*

15                                      SHERI PYM
                                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28